

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-14-00188-CR |
|  | § |  |
| Appellant, | § | Appeal from |
|  | § |  |
| v. | § | County Court at Law No. 4 |
|  | § |  |
| CARLOS CORELLA, | § | of El Paso County, Texas |
|  | § |  |
| Appellee. | § | (TC # 20110C10492) |
|  | § |  |

**<u>MEMORANDUM OPINION</u>**

The State of Texas has filed a motion to dismiss its appeal of the trial court's orders granting Appellee's motion to suppress. *See* TEX.R.APP.P. 42.2(a). Finding that the State has established compliance with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

December 9, 2014

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Barajas, C.J., (Senior Judge)
(Barajas, C.J., Senior Judge, sitting by assignment, not participating)

(Do Not Publish)